# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ALEXANDRA KUCZYNSKI, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| GEICO ADVANTAGE | : | |
| INSURANCE COMPANY, | : | No. 15-6271 |
| Defendant. | : | |

## ORDER

**AND NOW**, this **1ˢᵗ** day of **February, 2016**, upon consideration of Defendant's Motion for Change of Venue Pursuant to 28 U.S.C. § 1404, and Plaintiff's response thereto, and for the reasons provided in this Court's Memorandum dated February 1, 2016, it is hereby **ORDERED** that the motion (Document No. 4) is **DENIED**.

BY THE COURT:

*/s/ Berle M. Schiller*

**Berle M. Schiller, J.**